UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RANDY PFEIFLE, | | Case No. 2:20-CV-1615 JCM (DJA) |
| | Plaintiff(s), | ORDER |
| v. | | |
| DEANNA CONOVER, | | |
| | Defendant(s). | |

Presently before the court is the matter of *Randy Pfeifle, in his Capacity as the Legal Guardian and Conservator of Dorothy Gruver, an Adult Ward v. Deanna Conover, an individual; and Does I through V and Roe Entities VI through X, inclusive*, case number 2:20-cv-01615-JCM-DJA.

On October 1, 2020, this court received news of Dorothy Gruver's, the real party of interest, passing. (ECF No. 11). The next day, defendant filed a relevant status report:

> Dorothy's heirs, including Plaintiff Pfeifle, are working on opening an estate for Ms. Gruver. Defendant's position is that the parties had previously discussed settlement but have not reached a final agreement. Pfeifle's position is that the parties reached a settlement. Dorothy Gruver's death will cause a delayed response to the motions and delay to the settlement issue. Plaintiff does not object to reasonable continuances to the responses to the motions.

(ECF No. 14). The status report further requests that "[t]he court must resolve the motion to dismiss and motion for partial summary judgment after those motions are fully briefed." (*Id.*). As it stands, those motions are ripe for adjudication in light of their response deadlines of October 2, 2020, and October 13, 2020. (ECF No. 9, 11). This court is empowered to grant defendant's motion to dismiss as unopposed, thus mooting defendant's motion for partial summary judgment and closing this case. (*Id.*); *see* Local Rule 7-2(d).

**James C. Mahan**
**U.S. District Judge**

1    The parties must take appropriate action now that plaintiff has substituted the real party in interest with approval from this court.  (ECF Nos. 15, 16).

Thus, this court orders the parties to file a stipulation extending the deadlines for plaintiff's response, or relevant papers terminating this case or those motions, within 14 days of this order.

Accordingly,

IT IS SO ORDERED.

DATED March 31, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -