DANIEL T. FOLEY, ESQ.
Nevada Bar No. 1078
FOLEY & OAKES, PC
1210 S. Valley View Blvd. #208
Las Vegas, Nevada 89102
Tel.: (702) 384-2070
Fax: (702) 384-2128
Email: dan@foleyoakes.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RANDY PFEIFLE, in his Capacity as the Legal Guardian and Conservator of Dorothy Gruver, an Adult Ward,

Plaintiff,

DEANNA CONOVER, an Individual, DOES I through V and ROE ENTITIES VI through X, inclusive,

Defendants.

Case No. 2:20-cv-01615-JCM-DJA

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED and agreed by and between the parties through their respective counsel that the time for Plaintiff, Randy Pfeifle to respond to Defendant Deanna Conover's Motion to Dismiss and for Partial Summary Judgment filed September 8, 2020, be extended until June 15, 2021.

Plaintiff has filed a Petition to Approve a Settlement Agreement between the parties with the Probate Court in Southern Nevada that will resolve the above captioned case. The Petition for Approval is scheduled for hearing in the Chambers of the Probate Court for May 14, 2021. The parties anticipate that the Settlement Agreement will be approved on or about May 14, 2021

/ / /

/ / /

/ / /

Page 1 of 2

and the parties will then file a Stipulation and Order to dismiss this case.

DATED this 12th day of April 2021.

| . <br> FOLEY & OAKES, PC <br><br> By:/s/ Daniel T. Foley <br> Daniel T. Foley , Esq. <br> 1210 So. Valley View Blvd., Suite # 208 <br> Las Vegas, Nevada 89102 <br> *Attorneys for Plaintiff* | . <br> CLEAR COUNSEL LAW GROUP <br><br> By: /s/ David T. Blake <br> David T. Blake, Esq. <br> 1671 W. Horizon Ridge Parkway, #200 <br> Henderson, Nevada 89012 <br> *Attorneys for Defendants* |
|---|---|

### ORDER

IT IS HEREBY ORDERED that Plaintiff shall have up to and until June 15, 2021 to file his Opposition to Defendant's Motion for Partial Summary Judgment.

**IS SO ORDERED.**

DATED April 12, 2021.

_____
JAMES C MAHAN
UNITED STATES DISTRICT JUDGE

Submitted By:

FOLEY & OAKES, PC

By: Daniel T. Foley
Daniel T. Foley , Esq.
1210 So. Valley View Blvd., Suite # 208
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*